# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-02478-SVW-JEM | Date | December 7, 2015 |
|---|---|---|---|
| Title | John Doe v. Regents of The University of California | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Yasha Bronshteyn<br>Kimberly C. Lau | Jonathan D. Miller |

**Proceedings:** [12] MOTION to Dismiss Case filed by Defendant Regents of The University of California

Hearing held. The motion is submitted. Order to issue.

Within two days, defendant shall submit a one-page document with the case citation referred to during this proceeding.

| | : | 10 |
|---|---|---|
| | Initials of Preparer | PMC |