UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE, <br><br>         Plaintiff-Appellee, <br><br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA and SUZANNE PERKINS, in her official capacity, <br><br>         Defendants-Appellants. | No. 17-56110 <br><br> D.C. No. 2:15-cv-02478-SVW-JEM Central District of California, Los Angeles <br><br> ORDER |
| In re: REGENTS OF THE UNIVERSITY OF CALIFORNIA and SUZANNE PERKINS, in her official capacity. <br><br> ──────────────────────── <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and SUZANNE PERKINS, <br><br>         Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, <br><br>         Respondent, <br><br> JOHN DOE, <br><br>         Real Party in Interest. | No. 17-72225 <br><br> D.C. No. 2:15-cv-02478-SVW-JEM |

SLL/MOATT

Before: HAWKINS and N.R. SMITH, Circuit Judges.

Appellants' motion to stay district court proceedings pending appeal of the district court's June 8, 2017 and July 26, 2017 orders (Docket Entry No. 2 in No. 17-72225) is granted. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The court sua sponte expedites the briefing and calendaring of appeal No. 17-56110. The opening brief is due September 22, 2017. The answering brief is due October 23, 2017. The reply brief is due within 21 days after service of the answering brief.

Petition No. 17-72225 remains pending and will be addressed by separate order.

The Clerk shall calendar appeal No. 17-56110 as soon as practicable.