Case 2:15-cv-02478-SVW-JEM   Document 129   Filed 08/25/17   Page 1 of 1   Page ID #:1583

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:15-cv-02478-SVW-JEM<br>9th CCA Case - No. 17-56110 & No. 17-72225 | Date | August 25, 2017 |
| Title | John Doe v. Regents of The University of California | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER STAYING AND MOVING CASE TO INACTIVE CALENDAR

    The Court, having received the Order from Ninth Circuit Court of Appeals granting Appellants' motion to say district court proceedings [127], stays this case pending the appeal.

    All previously set dates are vacated and off-calendar.

    The matter is moved to the Court's inactive calendar. The parties shall notify the Court, in writing, when the matter should be restored to the active calendar.

cc: Ninth Circuit Court of Appeals

:

Initials of Preparer     PMC